IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CIPRIANO GARCIA on Behalf of Himself and on Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:22-CV-00006 |
| AHTNA SUPPORT AND TRAINING SERVICES, LLC, AHTNA TECHNICAL SERVICES, INC., and AHTNA, INC., | § § § § § | |
| *Defendants*. | | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS AHTNA TECHNICAL SERVICES, INC. AND AHTNA, INC. WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Cipriano Garcia, individually and on behalf of all alleged similarly situated persons ("Plaintiffs"), and Defendants Ahtna Support and Training Services, LLC, Ahtna Technical Services, Inc., and Ahtna, Inc. ("Defendants") (individually a "Party," and collectively, the "Parties"), through their respective counsel, jointly stipulate to the dismissal without prejudice of Defendants Ahtna Technical Services, Inc. and Ahtna, Inc. with the Parties to bear their own costs.

This stipulation does not apply with respect to any claims alleged against Defendant Ahtna Support and Training Services, LLC. However, the Parties agree that in the event discovery demonstrates that Defendant Ahtna Technical Services, Inc. and/or Defendant Ahtna, Inc. may be liable in whole or in part for any claims asserted by Plaintiffs in this case, that Plaintiffs may bring Defendant Ahtna Technical Services, Inc. and/or Defendant Ahtna, Inc. back into this lawsuit as a

2

defendant with the statute of limitations relating back to the original filing of the Complaint in this matter.

Agreed as to Form and Substance by:

| | |
|---|---|
| */s/ Don J. Foty* | *s/ Peter J. Stuhldreher* |
| Don J. Foty | Mark D. Temple |
| **HODGES & FOTY, LLP** | State Bar No. 00794727 |
| 4409 Montrose Blvd., Suite 200 | Peter J. Stuhldreher |
| Houston, Texas 77006 | State Bar No. 24056393 |
| Telephone:  713.523.0001 | **BAKER & HOSTETLER, LLP** |
| Facsimile:   713.523.1116 | 811 Main Street, Suite 1100 |
| Email: dfoty@kennedyhodges.com | Houston, TX 77002 |
| | Phone: 713-751-1600 |
| Attorney for Plaintiff and Class Members | Fax: 713-751-1717 |
| | Email: mtemple@bakerlaw.com |
| | Email: pstuhldreher@bakerlaw.com |
| | |
| | Attorney for Defendants |

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 22nd day of March 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

                                        */s/ Don J. Foty*
                                        Don J. Foty