United States District Court
Southern District of Texas
**ENTERED**
March 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CIPRIANO GARCIA, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 1:22-CV-006 |
| AHTNA SUPPORT AND TRAINING SERVICES, LLC, *et al.*, | | |
| Defendants. | | |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cipriano Garcia, individually and on behalf of class members, and Defendants Ahtna Support and Training Services, LLC; Ahtna Technical Services, Inc.; and Ahtna, Inc. have jointly stipulated to the voluntary dismissal without prejudice of all claims against Defendants Ahtna Technical Services, Inc. and Ahtna, Inc. (Stipulation of Dismissal, Doc. 16) The Stipulation dismisses the causes of action without court order. As to the dismissed causes of action, each party will bear its own attorneys' fees and costs.

This Order does not affect any settings, deadlines, or pending motions as to the remaining parties in this lawsuit.

Signed on March 22, 2022.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge