UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CIPRIANO GARCIA, *et al.*, § § Plaintiffs, § § VS. § AHTNA SUPPORT AND TRAINING § SERVICES, LLC, *et al.*, § § Defendants. § | CIVIL ACTION NO. 1:22-CV-006 |

## ORDER

Plaintiff Cipriano Garcia, individually and on behalf of class members, and Defendant Ahtna Support and Training Services, LLC request that the Court approve their Settlement Agreement in this Fair Labor Standards Act collective action lawsuit, pursuant to 29 U.S.C. § 216(b). (Joint Motion, Doc. 45)

Based on the record and the applicable law, the Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement (Doc. 45-1), are a fair and reasonable resolution of a bona fide dispute between the Plaintiffs (i.e., the Named Plaintiff and those individuals who elected to participate in this case as opt-in plaintiffs, as identified by name on Exhibit A to the Settlement Agreement) and the Defendant. The Court also finds that the Attorney's Fees, Service Award Payment, and Expense Payment requested in the Joint Motion and reflected in the Settlement Agreement are reasonable and are approved. As a result, it is:

**ORDERED** that the parties' Joint Motion for Approval of Settlement (Doc. 45) is **GRANTED**.[1]

It is also **ORDERED** that both the settlement of the Plaintiffs' claims and the procedure to administer the settlement as set forth in the Settlement Agreement are **APPROVED**. The

---

[1] Plaintiff's Supplemental Motion for Approval of Settlement (Doc. 48) is also **GRANTED**.

Parties shall administer the settlement of the Plaintiffs' claims as set forth in the Settlement Agreement.

It is also **ORDERED** that this case and all claims asserted in this case by the Plaintiffs are **DISMISSED WITH PREJUDICE**, with each Party to bear its own costs, except as set forth in the Settlement Agreement.

The Clerk of Court is directed to close this matter.

Signed on June 21, 2023.

Fernando Rodriguez, Jr.
United States District Judge